**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

JONNA BOSTIAN,

    Plaintiff,

vs.

SUHOR INDUSTRIES, INC., TULSA MONUMENT, INC., and RUSS ROGERS, an individual,

    Defendant.

Case No. 07-CV-151-GFK-FHM

**OPINION AND ORDER**

Defendants' Motion for Entry of Protective Order [Dkt. 14] is before the undersigned United States Magistrate Judge for disposition. The motion is GRANTED.[1]

The Court finds that, with some modifications, the proposed Protective Order submitted with Defendants' reply brief, [Dkt. 24-2], gives sufficient and appropriate protection to the privacy concerns of all parties without encumbering the litigation with procedures that have not been shown to be necessary. A Protective Order will be entered separately from this Order.

The Court notes that Defendants' motion outlined various efforts taken to resolve the instant conflict without the necessity of filing a motion. The Court reminds counsel of the obligations imposed by the Federal Rules of Civil Procedure and the Local Rules of this Court to meet and confer in good faith in a sincere attempt to resolve differences that arise

---

[1] Defendants' Motion for Entry of Protective Order was filed on August 23, 2007, which made the response due on or before September 10, 2007. LCvR 7.2(e)(requiring response briefs to be filed within 18 days from the date a motion is filed). Plaintiff's Response was filed September 17, 2007, [Dkt. 18], 7 days late. Under LCvR 7.2(e), the Court has the discretion to deem the motion confessed. Contrary to the assertions contained in Plaintiff's brief, Plaintiff's motion was not rejected and was not refiled on August 31, 2007.

in the course of discovery. LCvR37.1. Counsel are advised that the Court expects all counsel to participate in such conferences and that the Court looks unfavorably upon the failure of counsel to participate in good faith.

SO ORDERED this 12th day of October, 2007.

FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE